IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

WILLIAM DAVIS, ET AL.

V.

C/O KIRK NEAL, ET AL.

Civil Action No. 1:21-cv-01773

_____

**DESIGNATION OF CIRCUIT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 291(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Thomas L. Ambro of the Court of Appeals for such a period as is necessary for the disposition of the above-entitled matter and all related cases.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: April 5, 2022