**IN THE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | | |
|---|---|---|---|
| WILLIAM DAVIS, et al., | | ) | |
| | | ) | |
| | Plaintiffs, | ) | 1:21-cv-01773 GBW |
| v. | | ) | |
| | | ) | JURTY TRIAL DEMANDED |
| KIRK NEAL, et al., | | ) | CONSOLIDATED |
| | | ) | |
| | Defendants. | ) | |

**PROPOSED ORDER FOR LEAVE TO WITHDRAW AS PLAINTIFF KENDALL M. SMITH'S COUNSEL**

This matter having been brought before the court upon the motion of Plaintiffs' counsel, Whiteford, Taylor & Preston, LLC and ACLU Delaware to withdraw as counsel for Plaintiff Kendall M. Smith III, and the Court having considered the moving papers and any opposition filed thereto; and for other and further good cause shown;

IT IS, on this _____ day of _____ , 2024 that the Motion be and hereby is GRANTED. Effective as of the entry of this Order, Whiteford, Taylor and Preston, LLC and ACLU Delaware are relieved as counsel of record for Plaintiff Kendall M. Smith III.

_____
JUDGE

**CERTIFICATE OF SERVICE**

I, Daniel A. Griffith, Esquire hereby certify that on the 9th day of April, 2024, that

*Plaintiffs' Response to Kendall M. Smith III's "Motion to Sever" (D.I. 115)* was served upon the

following via E-Filing CM/ECF:


James D. Taylor, Jr., Esquire
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266



/s/ Daniel A. Griffith
Daniel A. Griffith, Esq. (No. 4209)