**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM DAVIS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 1:21-cv-1773-GBW |
| KIRK NEAL, *et al.*, | ) |
| | ) CONSOLIDATED |
| Defendants. | ) |

**<u>STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS</u>**

By and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to dismiss the claims of certain Plaintiffs in this action. Plaintiffs Atiba Mayfield, Jacob Reece, and Donald White, along with all Defendants, hereby stipulate that all claims of Mr. Mayfield, Mr. Reece, and Mr. White are dismissed without prejudice.

Respectfully submitted,

| | |
|---|---|
| **WHITEFORD, TAYLOR & PRESTON LLC** | **SAUL EWING LLP** |
| | |
| */s/ Daniel A. Griffith* | */s/ Marisa R. De Feo* |
| Daniel A. Griffith, Esq. (#4209) | James D. Taylor, Jr., Esq. (#4009) |
| Susan L. Burke, Esq. (#6973) | Marisa R. De Feo, Esq. (#6778) |
| 600 N. King Street, Suite 300 | Juliana G. Clifton, Esq. (#6980) |
| Wilmington, DE 19801 | 1201 N. Market Street |
| (302) 357-3254 | Suite 2300 |
| dgriffith@wtplaw.com | Wilmington, DE 19801 |
| sburke@wtplaw.com | James.taylor@saul.com |
| | Marisa.defeo@saul.com |
| | Juliana.clifton@saul.com |

**ACLU-DE**

*/s/ Dwayne Julian Bensing*
Dwayne Julian Bensing, Esq. (#6754)
100 West 10th Street
Suite 706
Wilmington, DE 19801
dbensing@aclu.de.org



Dated: September 6, 2024