**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE**

WILLIAM DAVIS, *et al.*,      )
                            )
          Plaintiffs,     )
                            )
     v.                 )     C.A. No.  21-1773-GBW
                            )
KIRK NEAL, *et al.*         )
                            )
         Defendants.    )

**<u>STIPULATION FOR LEAVE TO DISMISS WITHOUT PREJUDICE CERTAIN
DEFENDANTS</u>**

The Parties stipulate and respectfully ask this Court for an order authorizing the dismissal without

prejudice of the following Defendants, with each Party bearing their own costs and fees:

       Bennett, Aaron
       Bollinger, Scott D.
       Coverdale, Benjamin
       Diaz, Juan
       Dubronz, Frederick
       Galon, E.
       Hampstead, Brett
       Hanna, Adrienne
       Harmon, Benjamin
       Hood, Terry
       Huling, Mark
       Jenkins, Brandon
       Jubril, Nurudeen
       Layton, Donald
       Long, Matthew
       Mumford, Jon
       Niblett, Joshua L.
       Palo, Anthony
       Pepper, Uhland J.
       Robinson, Melinda
       Runne, Michael
       Russell, Tanner
       Seymore, David R.
       Simpson, Dustin
       Smith, Joseph

1

Stranick, Dee
Turak, Christopher
West, Ronald R.


**WHITEFORD TAYLOR PRESTON LLC**

/s/ Daniel A. Grifith
Daniel A. Griffith (#4209)
Susan L. Burke (#6873)
Andrew H. Meck (#6874)
Richard A. Barkasy (#4683)
Courthouse Square
600 North King Street
Ste 300
Wilmington DE 19801
dgriffith@whitefordlaw.com
sburke@whitefordlaw.com
ameck@whitefordlaw.com
rbarkasy@whitefordlaw.com

Dwayne Julian Bensing (#6754)
Jason Beehler
ACLU-DE
100 West 10th Street
Suite 706
Wilmington, DE 19801
dbensing@aclu-de.org
jbeehler@aclu-de.org

*Counsel for Plaintiffs*

**SAUL EWING LLP**

/s/ Marisa R. DeFeo
James D. Taylor, Jr. (#4009)
Marisa R. De Feo (#6778)
Peter Murphy (#5043)
Juliana G. Clifton (#6980)
1201 N. Market Street, 23rd Floor
Wilmington, DE 19801
Telephone: (302) 421-6800
james.taylor@saul.com
marisa.defeo@saul.com
peter.murphy@saul.com
juliana.clifton@saul.com

*Counsel for DOC Defendants*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

WILLIAM DAVIS, *et al*.,                   )
                                          )
                    Plaintiffs,            )
                                          )
        v.                                 )        C.A. No.  21-1773-GBW
                                          )
KIRK NEAL, *et al.*                        )
                                          )
                    Defendants.            )

### [PROPOSED]  ORDER

AND NOW, this __ day of _____, 2024, upon consideration of the Stipulation

of the Parties to dismiss without prejudice certain Defendants, it is hereby ORDERED that the

following Defendants are DISMISSED WITHOUT PREJUDICE, with each party bearing their

own costs and fees:

    Bennett, Aaron
    Bollinger, Scott D.
    Coverdale, Benjamin
    Diaz, Juan
    Dubronz, Frederick
    Galon, E.
    Hampstead, Brett
    Hanna, Adrienne
    Harmon, Benjamin
    Hood, Terry
    Huling, Mark
    Jenkins, Brandon
    Jones, Timothy
    Jubril, Nurudeen
    Layton, Donald
    Long, Matthew
    Mumford, Jon
    Niblett, Joshua L.
    Palo, Anthony
    Pepper, Uhland J.
    Robinson, Melinda
    Runne, Michael
    Russell, Tanner

3

4

Seymore, David R.
Simpson, Dustin
Smith, Joseph
Stranick, Dee
Turak, Christopher
West, Ronald R.

_____
The Honorable Gregory B. Williams