# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM DAVIS, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No.  21-1773-GBW |
| | ) | |
| KIRK NEAL, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## REVISED STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROSECUTE

WHEREAS, on December 20, 2024, Defendants filed a Motion to Dismiss for Failure to Prosecute (the "Motion") as to the claims filed by Plaintiffs Adam Calloway, Barry Cline, the Estate of Michael Klein, Bryon Kelly, and Jimmie Moore (*see* D.I. 294);

WHEREAS, prior to filing a response to the Motion, counsel for Plaintiffs notified Defendants that Plaintiffs Calloway and Cline could be made available for depositions;

WHEREAS, on January 3, 2025, Plaintiffs filed a Response and Partial Opposition to the Motion pertaining to Plaintiffs Adam Calloway, Barry Cline, and the Estate of Michael Klein (*see* D.I. 306 (the "Response"));

WHEREAS, Plaintiffs did not oppose the Motion as to Plaintiffs Kelly and Moore (*see, generally,* D.I. 306) and have agreed not to oppose the Motion as to

Plaintiffs Kelly and Moore;

WHEREAS, the Response indicated a new representative had been appointed for the Estate of Michael Klein (D.I. 306 at 7-8);

WHEREAS, the parties met and conferred and agreed to attempt to depose Plaintiff Calloway, Plaintiff Cline, and the personal representative for the Estate of Michael Klein prior to pursuing further briefing on the Motion;

WHEREAS, Defendants' rebuttal expert reports are currently due January 22, 2025 (*see* D.I. 260), but Defendants do not yet have the benefit of deposition testimony from Plaintiff the Estate of Michael Klein;

WHEREAS, the parties previously stipulated to extend the date for Defendants' rebuttal expert reports as to Plaintiffs Calloway, Cline and the Estate of Michael Klein until 60 days after their depositions were completed;

WHEREAS, Plaintiff Cline was deposed on January 23, 2025, and Plaintiff Calloway was deposed on January 24, 2025;

WHEREAS, John Klein, on behalf of the Estate of Michael Klein, was not available for his deposition on January 24, 2025, due to unforeseen circumstances;

NOW THEREFOR IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Defendants, through their undersigned counsel and subject to the approval of the Court that:

1. Plaintiffs' counsel will produce John Klein, on behalf of the Estate of

2

Michael Klein for his deposition no later than January 27, 2025;

2. As Plaintiffs Calloway and Cline appeared for their scheduled depositions, Defendants agree to withdraw the Motion as to them; and

3. If John Klein, on behalf of the Estate of Michael Klein, appears for his scheduled deposition, Defendants agree to withdraw the Motion as to the Estate of Michael Klein within two business days after John Klein's deposition;

4. If John Klein, on behalf of the Estate of Michael Klein fails to appear for his scheduled deposition, Defendants' reply in further support of the Motion shall be due by February 3, 2025; and

5. Defendants' rebuttal expert report deadline as to Plaintiffs Calloway, Cline, and the Estate of Michael Klein shall be extended by sixty (60) days after January 27, 2025.

**WHITEFORD TAYLOR & PRESTON LLC**

*/s/ Daniel A. Girffith*
Daniel A. Griffith (No. 4209)
Susan L. Burke (No. 6973)
Courthouse Square, Suite 300
600 N. King Street
Wilmington, DE 19801-3700
(302) 353-4146
dgriffith@whitefordlaw.com
sburke@whitefordlaw.com

*/s/ Dwayne Bensing*
Dwayne Bensing (No. 6754)
ACLU Delaware
100 W. 10 Street, Suite 706
Wilmington, DE 19801
(202) 445-1409
dbensing@aclue-de.org

*Counsel for Plaintiffs*
 Dated: January 24, 2025

**SAUL EWING LLP**

*/s/ Marisa R. De Feo*
James D. Taylor, Jr. (No. 4009)
Marisa R. De Feo (No. 6778)
Juliana G. Clifton (No. 6980)
1201 N. Market St., Suite 2300
Wilmington, DE 19801
(302) 421-6863
james.taylor@saul.com
marisa.defeo@saul.com
Juliana.clifton@saul.com

*Counsel for Defendants*


SO ORDERED this _____ day of _____, 2025.


_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE