**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

WILLIAM DAVIS, et al.,

          Plaintiffs,

      v.                       C.A. No. 21-1773-GBW

KIRK NEAL, et al.,

          Defendants.

---

## ORDER

At Wilmington this 19th day of May, 2025, **IT IS HEREBY ORDERED** that:

1. DOC Defendants' Motion to Dismiss for Failure to Prosecute (D.I. 294) as to Bryon Kelly and Jimmie Moore is **GRANTED**;

2. DOC Defendants' Motion to Dismiss for Failure to Prosecute (D.I. 294) as to Adam Calloway, Barry Cline and the Estate of Michael Klein is **DENIED-AS-MOOT**; and

3. DOC Defendants' Motion for Leave to Exceed Page Limits (D.I. 323) is **GRANTED-IN-PART AND DENIED-IN-PART.** In the event that DOC Defendants elect to file an omnibus motion for summary judgment, the omnibus opening brief in support of that omnibus motion for summary judgment shall not exceed one hundred (100) pages, the omnibus concise statement of facts in support of the omnibus motion for summary judgment shall not exceed forty (40) pages, any omnibus opposition brief to the omnibus motion for summary judgment shall not exceed one hundred (100 pages), and any omnibus reply brief in further support of the omnibus motion for summary judgment shall not

exceed fifty (50) pages.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

2