**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM DAVIS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | C.A. No. 1:21-cv-01773-GBW EGT |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| KIRK NEAL, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS FOR VIOLATION
OF THE RIGHT TO DIGNITY AND INADEQUATE MEDICAL CARE**

WHEREAS on September 16, 2022, Defendants moved to dismiss Plaintiffs' Second Amended Complaint (D.I. 32) filed in the above-captioned action (the "Action");

WHEREAS on August 17, 2023, the Court granted the Motion to Dismiss in part and dismissed all of Plaintiffs' claims for the violation of the right to dignity, as well as certain Plaintiffs' claims for inadequate medical care (D.I. 49);

WHEREAS on February 9, 2024, the parties stipulated and agreed to consolidate the Action with two lawsuits filed by Justin Erskine ("Erskine") and Bashan McIvor-Bosman ("McIvor-Bosman") (D.I. 102);

WHEREAS Erskine's operative complaint asserts claims for the violation of the right to dignity (*Erskine v. Mears et al.*, C.A. No. 20-cv-1771-MN (D. Del.) at D.I. 38);

55649938.4

WHEREAS McIvor-Bosman's operative complaint asserts claims for the violation of the right to dignity and inadequate medical care (*McIvor-Bosman v. Neal et al.*, C.A. No. 21-cv-01612-MN (D. Del.) at D.I. 12);

WHEREAS case dispositive motions are currently due in this Action on May 30, 2025 (D.I. 190, 260);

WHEREAS the parties met and conferred, and counsel for Plaintiffs confirmed they no longer wish to pursue their claims in this Action for violations of the right to dignity or for inadequate medical care;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, Plaintiffs' claims for violation of the right to dignity are hereby dismissed with prejudice and claims for inadequate medical care are hereby dismissed without prejudice.

2

55649938.4

**WHITEFORD, TAYLOR
& PRESTON LLC**

*/s/ Susan L. Burke*
Daniel A. Griffith (#4209)
Susan L. Burke (#6973)
600 N. King Street, Suite 300
Wilmington, DE 19801
(302) 357-3254
dgriffith@wtplaw.com
sburke@wtplaw.com

**ACLU-DE**

*/s/ Dwayne Julian Bensing*
Dwayne Julian Bensing (#6754)
100 West 10th Street
Suite 706
Wilmington, DE 19801
dbensing@aclu-de.org

**SAUL EWING LLP**

*/s/ Marisa R. De Feo*
James D. Taylor Jr. (#4009)
Marisa R. De Feo (#6778)
Juliana G. Clifton (#6980)
1201 N. Market Street  Suite 2300
Wilmington, DE 19801
James.taylor@saul.com
Marisa.defeo@saul.com
Juliana.clifton@saul.com

Dated: May 30, 2025

SO ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE GREGORY B. WILLIAMS,
UNITED STATES DISTRICT COURT JUDGE

3

55649938.4