IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM DAVIS, et al.,                )
                                      )
                Plaintiffs,           )
                                      )
        v.                            )    C.A. No. 21-1773 (EGT)
                                      )
KIRK NEAL, et al.,                    )    CONSOLIDATED
                                      )
                Defendants.           )

## ORDER AFTER STATUS CONFERENCE

AND NOW, this 4th day of May 2026, after the discussion at the May 1, 2026 Status Conference, IT IS HEREBY ORDERED that:

1.      Per agreement of the parties, all remaining John Doe Defendants are DISMISSED.

2.      To the extent that there are any remaining claims against Defendants in their official capacities, those claims are DISMISSED.

3.      Plaintiff McIvor-Bosman's claims against Delaware Department of Corrections Training Center in member case C.A. No. 21-1612 are DISMISSED with prejudice.

4.      On or before May 8, 2026, the parties shall submit a joint stipulation regarding which Defendants and which claims remain in each Plaintiff's case to reflect the discussion and agreements reached at the Status Conference.  By the same date, the parties shall submit a joint stipulation regarding the withdrawal of certain *Daubert* motions in light of the parties' agreement as to the use of Internal Affairs investigations at trial.

5.      On or before May 15, 2026, each side shall submit a supplemental brief regarding the "clearly established" prong of qualified immunity.  Supplemental briefs are limited to twenty (20) pages in no less than 12-point font, and all citations to evidence and authority must be in line (*i.e.*, not in footnotes).  The parties shall spend no more than five (5) of those pages on which party

bears the burden on qualified immunity.  No further briefing on qualified immunity may be submitted absent leave of Court.

6.      For the reasons stated at the Status Conference, Plaintiff Michael Klein's motion to substitute (D.I. 418) is DENIED without prejudice to renew.  On or before June 1, 2026, Plaintiff Klein shall file a renewed motion with evidence from the Register of Wills indicating that the proposed representative has, in fact, been appointed as representative of Plaintiff Klein's estate. Failure to do so will result in his claims being dismissed.

7.      The parties must engage in in-person mediation in good faith.  The parties have forty-five (45) days from the date of this Order to complete mediation in these cases.[1]

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]      Including the two member cases (C.A. Nos. 20-1771 and 21-1612).

2