**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WILLIAM DAVIS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | C.A. No. 1:21-cv-01773-EGT |
| | ) | |
| v. | ) | |
| | ) | |
| KIRK NEAL, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**STIPULATION AND PROPOSED ORDER REGARDING
EXTENSION OF TIME TO FILE STIPULATIONS PURSUANT TO D.I. 463**

WHEREAS, on May 1, 2026, counsel for the parties appeared in this Court for a Status Conference (*see* D.I. 463);

WHEREAS, after discussion at the May 1, 2026 Status Conference, this Court entered an Order (D.I. 463) requiring the parties to submit a joint stipulation on or before May 8, 2026, regarding (1) "which Defendants and which claims remain in each Plaintiff's case to reflect the discussion and agreements reached at the Status Conference" and (2) "the withdrawal of certain *Daubert* motions in light of the parties' agreement as to the use of Internal Affairs investigations at trial."

WHEREAS, both parties have submitted requests for the transcript from the May 1, 2026 Status Conference (D.I. 461, 462);

WHEREAS, given the length of the May 1, 2026 Status Conference, the transcript took several days to prepare;

WHEREAS, the parties received the transcript on May 7, 2026;

WHEREAS, the parties agree that a review of the transcript prior to submitting the Court-ordered stipulation is necessary to ensure accuracy of the remaining parties and claims consistent

1

with the May 1, 2026 hearing record and to avoid any further confusion.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned counsel and subject to the approval of the Court, as follows:

1.    The Parties shall file the joint stipulations, as requested by this Court in its May 4, 2026 Order (D.I. 463), on or before May 15, 2026.

Dated: May 7, 2026                                Respectfully Submitted,

**WHITEFORD, TAYLOR &**                           **HUSCH BLACKWELL LLP**
**PRESTON LLC**
                                                  */s/ Marisa R. De Feo*
*/s/ Daniel A. Griffith*                          Marisa R. De Feo, Esq. (No. 6778)
Daniel A. Griffith, Esq. (No. 4209)              Colleen E. Durkin, Esq. (No. 5886)
Susan L. Burke, Esq. (No. 6973)                  3411 Silverside Road, Suite 104B #203
Jamie L. Lenko, Esq. (No. 7226)                  Wilmington, DE 19810
600 North King Street, Suite 300                 (302) 506-8036
Wilmington, DE 19801                             marisa.defeo@huschblackwell.com
(302) 357-3254                                   colleen.durkin@huschblackwell.com
dgriffith@whitefordlaw.com
sburke@whitefordlaw.com                          Eleanor Riordan, Esq. (*Pro hac vice*)
                                                  120 South Riverside Plaza, Suite 2200
**ACLU DELAWARE**                                 Chicago, IL 60606
                                                  (312) 341-9876
*/s/ Jason H. Beehler*                            eleanor.riordan@huschblackwell.com
Jason H. Beehler, Esq. (No. 7480)
Jared Silberglied (No. 7683)                      *Counsel for Defendants*
100 West 10th Street, Suite 706
Wilmington, DE 19801
(302) 295-2113
jbeehler@aclu-de.org

*Counsel for Plaintiffs*

**SO ORDERED** this _____ day of _____, 2026.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

2